# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER NAVARRO VILLEGAS, et al., | Case No. 1:22-cv-01628-ADA-SAB |
| Plaintiffs, | ORDER ENTERING STIPULATION REGARDING FEES, COSTS, AND EXPENSES |
| v. | |
| FORD MOTOR COMPANY, | (ECF No. 37) |
| Defendant. | |

On November 13, 2023, pursuant to the parties' stipulation, this action was dismissed and the case was closed. (ECF No. 35.) On December 18, 2023, the parties filed a stipulation regarding Plaintiffs' attorneys' fees, costs, and expenses. (ECF No. 37.) The parties have agreed that Defendant Ford Motor Company shall pay Plaintiffs the sum of $18,500 for fees, costs, and expenses.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the parties' stipulation (ECF No. 37) is ENTERED, and Defendant shall pay Plaintiffs $18,500.00, for attorneys' fees, costs, and expenses, **within sixty (60) days of November 3, 2023.**[1]

IT IS SO ORDERED.

Dated:   **December 19, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] Both the stipulation and proposed order specify such deadline based on the date of November 3, 2023.